UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWAYNE GRANT, *et al.*,

    Plaintiffs,

v().

U.S. ENVIRONMENTAL PROTECTION
AGENCY, *et al.*,

    Defendants.

No. 1:22-cv-00186-JTN-PJG

HON. JANET T. NEFF

/

**STIPULATION TO EXTEND TIME FOR STATE DEFENDANTS
TO FILE A RESPONSE TO FIRST AMENDED COMPLAINT**

Plaintiffs and State Defendants (Governor Gretchen Whitmer, Michigan Department of Environment, Great Lakes, and Energy (EGLE), Liesl Clark, Eric Oswald, Michigan Department of Health and Human Services (MDHHS), and Elizabeth Hertel), stipulate and agree to extend the time for State Defendants to respond to the Plaintiffs' Complaint (ECF. No 1) by thirty (30) days to Wednesday, June 8, 2022. A proposed order accompanies this stipulation.

STIPULATED AND AGREED TO BY:

Dated: May 2, 2022

    */s/ Margaret A. Bettenhausen*
    Margaret A. Bettenhausen (P75046)
    Nathan A. Gambill (P75506)
    Assistant Attorneys General
    Attorneys for State Defendants

Dated:  May 2, 2022

    */s/ John R. Beason III*
    *(with permission)*
    John R. Beason III
    (D.C. Bar No.: 1721583)
    (IBA Bar No.: 1522438)
    Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWAYNE GRANT, *et al.*,

    Plaintiffs,

No. 1:22-cv-00186-JTN-PJG

v.

HON. JANET T. NEFF

U.S. ENVIRONMENTAL PROTECTION
AGENCY, *et al.*,

    Defendants.

_____/

**ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADINGS**

Pending before the Court is a Stipulation to Extend Time for State Defendants to file a Response to Plaintiffs' Complaint (ECF No. 1). The Court having reviewed the Stipulation filed by the Plaintiffs and State Defendants, IT IS HEREBY ORDERED that the Stipulation to Extend Time for State Defendants to File a Response to Plaintiffs' Complaint (ECF No. 1) is GRANTED to the extent that State Defendants shall, not later than June 8, 2022, file its response to Plaintiffs' Complaint.

Date:_____

IT IS SO ORDERED:


_____
Honorable Janet T. Neff

LF:  Benton Harbor-Grant v EGLE (WD #1:22-cv-186)/AG #2022-0341475-B/Stipulated Order to Extend Time to Respond
2022-05-02