UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWAYNE GRANT, et al.,

    Plaintiffs,                                    Case No. 1:22−cv−186

v.                                   Hon. Janet T. Neff

U.S. ENVIRONMENTAL PROTECTION
AGENCY, et al.,

    Defendants.
_____/

## ORDER

Defendant F&V Resource Management Inc. filed a Pre-Motion Conference Request concerning its anticipated motion to dismiss (ECF No. 12), and the Court filed an Order requiring each party served with the Pre-Motion Conference Request to file a Response no later than May 25, 2022 (ECF No. 22).  To date, no Response to Defendant F&V Resource Management Inc.'s Pre−Motion Conference Request (ECF No. 12) has been timely filed. Therefore,

**IT IS HEREBY ORDERED** that each party served with the Pre-Motion Conference Request (ECF No. 12) shall file a Response no later than **June 8, 2022**. Counsel shall adhere to the requirements set forth in Judge Neff's Information and Guidelines for Civil Practice, which are available on the Court's website (www.miwd.uscourts.gov).

Dated: June 1, 2022                                    /s/ Janet T. Neff_____
                                                           JANET T. NEFF
                                                           United States District Judge