UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWAYNE GRANT, et al.,

    Plaintiffs,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

_____/

Case No. 1:22-cv-186

Hon. Hala Y. Jarbou

## **JUDGMENT**

In accordance with the opinion and order entered this date:

**IT IS ORDERED** that the case is **DISMISSED**.

Dated: September 28, 2023

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE